**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                              : BR NO. 17-11783
FLORETTE DORVIL                     :
          Debtor.                   : Chapter 13

**NOTICE OF FILING OF APPLICATION FOR
ALLOWANCE OF COMPENSATION**

Please take notice that the debtor's attorney, Timothy Zearfoss, Esquire, has filed application with the Court for allowance of additional compensation in the amount of $2600.00, for total compensation of $3500.00.

Any person who objects to the approval of said fee must, within 20 days of the date of this notice, file an objection with the Clerk of the United States Bankruptcy Court, 900 Market St., Ste. 400, Phila. PA 19107, and serve the same upon debtor's counsel, Timothy Zearfoss, Esquire, 143-145 Long Lane, Upper Darby, PA 19082. Telephone: (610)734-7001.

In the event that no objection is filed, the Court may approve the application.

Date: 8/21/17            /s/Timothy Zearfoss_____
                         Timothy Zearfoss, Esquire
                         143-145 Long Lane
                         Upper Darby, PA 19082
                         (610)734-7001