# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Florette Dorvil,<br><br>    Debtor | Chapter 13<br><br>Case No.: 17-11783-jkf |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5,<br>    Movant,<br>vs.<br>Florette Dorvil,<br>    Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>    Trustee / Respondent. | |

## ORDER

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on January 2, 2018 with regard to the above matter is APPROVED.  The Stipulation is between Select Portfolio Service and the Debtor

*[signature]*

_____

Hon. Jean K. FitzSimon, U.S.B.J.

Dated: January 4, 2018

200932-8