**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                : BR NO. 17-11783
FLORETTE DORVIL                       :
      Debtor.                         : Chapter 13

**CERTIFICATE OF SERVICE**

I, Timothy Zearfoss, Esquire, hereby certify that a true and correct copy of the foregoing Seventh Amended Plan was served January 26, 2018 by First Class, U.S. Mail and/or e-filing upon the Chapter 13 trustee, the US Trustee, and all known creditors.

/s/Timothy Zearfoss_____
Timothy Zearfoss, Esquir