**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Florette Dorvil** | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 17-11783 JKF |

# O R D E R

    **AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 55) filed by Bank of America ("the Lender"), and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, any proof of claim previously filed by the **LENDER** is **DISALLOWED**.

**Date: March 29, 2018**

                                              **Jean K. FitzSimon**
                                              **U.S. BANKRUPTCY JUDGE**