**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

```
IN RE:                          : BR NO. 17-11783
FLORETTE DORVIL                 :
      Debtor.                   : Chapter 13
```

**CERTIFICATION OF NO OBJECTION**

TIMOTHY ZEARFOSS, ESQUIRE, counsel for the within debtor, hereby certifies that on August 21, 2017, true and correct copies of the Notice of Filing for Allowance of Compensation pursuant to L.B.R. 2016-2 were served on all appropriate parties. TIMOTHY ZEARFOSS, ESQUIRE further certifies that no answers, objections, responsive pleadings or requests for hearing were filed or served upon him within the requisite time.

Date: 4/4/18                    /s/Timothy Zearfoss_____
                                Timothy Zearfoss, Esquire
                                143-145 Long Lane
                                Upper Darby, PA 19082
                                (610)734-7001