IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA

```
IN RE:                          : BR NO. 17-11783
FLORETTE DORVIL                 :
        Debtor.                 : Chapter 13
```

**O R D E R**

AND NOW, this ____ day of _____, 2017, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $2600.00, for total compensation of $3500.00, in the above-captioned matter.

BY THE COURT:

**Date: April 5, 2018**

*[signature]*