IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Florette Dorvil,<br><br>                        Debtor. | Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5,<br>                      Movant,<br>vs.<br>Florette Dorvil,<br>                  Debtors / Respondents,<br>and<br>William C. Miller,<br>                  Trustee / Respondent. | Case No.: 17-11783-jkf |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

AND NOW, this __22nd__ day of __August__, 20__18__, it is hereby

**ORDERED** that Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to ~~Debtor, Florette Dorvil, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to~~ the real property known as and located at 6441 Lebanon Avenue, Philadelphia, PA 19151;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

*Jean K. FitzSimon*

_____
Hon. Jean K. FitzSimon, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
        Timothy Zearfoss, Esquire
        William C. Miller, Trustee
        Florette Dorvil