United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Florette Dorvil  
    Debtor

Case No. 17-11783-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 22, 2018  
    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.  
db     +Florette Dorvil, 1124 Cornell Avenue, Drexel Hill, PA 19026-3218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:

    BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
    KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
    MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
    POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
    TIMOTHY ZEARFOSS    on behalf of Debtor Florette Dorvil tzearfoss@aol.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
    WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

    TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Florette Dorvil,<br>                      Debtor. | Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5,<br>                      Movant,<br>vs.<br>Florette Dorvil,<br>                      Debtors / Respondents,<br>and<br>William C. Miller,<br>                      Trustee / Respondent. | Case No.: 17-11783-jkf |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

AND NOW, this __22nd__ day of __August__, 20__18__, it is hereby

ORDERED that Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed Pass-Through Certificates, Series 2007-CH5 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to ~~Debtor, Florette Dorvil, to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to~~ the real property known as and located at 6441 Lebanon Avenue, Philadelphia, PA 19151;

ORDERED that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further

ORDERED that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

BY THE COURT:

*[signature]*

Hon. Jean K. FitzSimon, U.S.B.J.

cc:    Matthew C. Waldt, Esquire
        Timothy Zearfoss, Esquire
        William C. Miller, Trustee
        Florette Dorvil