UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

FLORETTE DORVIL

                                      : Bankruptcy No. 17-11783JKF
          Debtor(s)                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 12, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

TIMOTHY ZEARFOSS   ESQ
143-145 LONG LANE
UPPER DARBY PA 19082-

FLORETTE DORVIL
1124 CORNELL   AVENUE
DREXEL HILL,PA.19026