United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11783-jkf
Florette Dorvil                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP            Page 1 of 2              Date Rcvd: Sep 12, 2018
                             Form ID: pdf900        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db         +Florette Dorvil,    1124 Cornell Avenue,    Drexel Hill, PA 19026-3218
acc        +Sharer Petree Brotz & Snyder,    1103 Laurel Oak Rd.,    Suite 105B,    Voorhees, NJ 08043-4376
13882568   +BANK OF AMERICA,    PO BOX 5170,    SIMI VALLEY, CA 93062-5170
13948649    Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13882570   +CITI CARDS/CITIBANK,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
13882572   +MACYS,   PO BOX 183083,    COLUMBUS, OH 43218-3083
13882573   +PFCU,   1600 ARCH ST,    PHILA, PA 19103-2016
13910865   +Philadelphia Federal Credit Union,     12800 Townsend Rd,    Philadelphia, PA 19154-1095
13980212   +Upper Darby Township,    c/o James D. Smith, Finance Director,    100 Garrett Road,
             Upper Darby, PA 19082-3135
13920256    eCAST Settlement Corporation,     PO Box 29262,   New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Sep 13 2018 02:27:23      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2018 02:26:53      Pennsylvania Department of Revenue,
             Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2018 02:27:20      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13916077    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2018 02:45:34
             Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
             Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
             Greenville, SC 29603-0587
13882569   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 13 2018 02:45:23      CAPITAL ONE,
             PO BOX 71107,    CHARLOTTE, NC 28272-1107
13882571   +E-mail/Text: collections@drexel.edu Sep 13 2018 02:26:51      DREXEL UNIV,
             LOAN REPAYMENT & COLLECTIONS,    STE 222, 3141 CHESTNUT ST,    PHILA, PA 19104-2816
13969909    E-mail/Text: jennifer.chacon@spservicing.com Sep 13 2018 02:27:50
             Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
             Salt Lake City, UT 84165-0250
13949528    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 02:46:09
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13882574   +E-mail/Text: jennifer.chacon@spservicing.com Sep 13 2018 02:27:50      SPS,    PO BOX 65250,
             SALT LAKE CITY, UT 84165-0250
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL 33631-3785
cr*          BANK OF AMERICA, N.A.,    PO Box 31785,    TAMPA, FL 33631-3785
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Sep 12, 2018
                              Form ID: pdf900          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      MATTHEW CHRISTIAN WALDT   on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH5 Asset Backed mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      TIMOTHY  ZEARFOSS   on behalf of Debtor Florette  Dorvil tzearfoss@aol.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                                                            TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

FLORETTE DORVIL

                                         : Bankruptcy No. 17-11783JKF
    Debtor(s)                     : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                             BY THE COURT

**Date: September 12, 2018**

                                                             Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

TIMOTHY ZEARFOSS   ESQ
143-145 LONG LANE
UPPER DARBY PA 19082-

FLORETTE DORVIL
1124 CORNELL   AVENUE
DREXEL HILL,PA.19026